

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00374-CV

Jerry L. **GORE**,
Appellant

v.

Katherine Gore **WALTERS**, Individually, and on Behalf of KAG, LLC, and Gore Enterprises, LLC,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-08333
Honorable Laura Salinas, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Patricia O. Alvarez, Justice

Delivered and Filed:  May 29, 2013

DISMISSED

In this appeal, the parties have filed a joint motion to withdraw the interlocutory appeal. Their motion states they have settled and resolved all claims and counterclaims by, between, and among them.  The parties' joint motion is granted and this appeal is dismissed.  *See* TEX. R. APP. P. 42.1(a)(2).  Costs on appeal are taxed against the party that incurred them.  *See id.* R. 42.1(d).

PER CURIAM